# Court of Appeals
# of the State of Georgia

ATLANTA, April 22, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1426. OLUFEYIJIMI AWOFADEJU v. ALUFUNMILOLA AKINLA.

On December 22, 2025, the superior court entered a final judgment and decree of divorce, dissolving the marriage of Olufeyijimi Awofadeju and Alufunmilola Akinla. Awofadeju filed a notice of appeal. This Court, however, lacks jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35(a)(2), (b). Compliance with the discretionary appeals procedure is jurisdictional. *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Awofadeju failed to follow the requisite discretionary application procedure, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/22/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*